IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MARIO THOMAS                                                                                           PLAINTIFF

V.                                                                         CIVIL ACTION NO. 2:12CV66-B-S

QDOBA MEXICAN GRILL                                                                          DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss is **GRANTED**, and this case is **DISMISSED with prejudice**. The defendant's request for attorneys' fees is **DENIED**.

This, the 21st day of March, 2013.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**